IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

|  |  |
|---|---|
| SUPERIOR DRY KILN INC. <br> d/b/a BOLDesigns, Inc., <br> a North Carolina corporation, <br><br> Plaintiff, <br><br> v. <br><br> SOUTHEASTERN INSTALLATION INC. <br> d/b/a SII DRY KILNS, <br> a North Carolina corporation, <br><br> Defendant. | Civil Action No. 5:06-CV-157 |

## NOTICE OF DISMISSAL

Plaintiff Superior Dry Kiln Inc. d/b/a BOLDesigns, Inc. hereby dismisses without prejudice the above-captioned action pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure.

DATE:   May 24, 2007            Respectfully submitted,

s/ J. Derel Monteith, Jr.
J. Derel Monteith, Jr. Bar Number: 25397
Attorney for Plaintiff
CARTER SCHNEDLER & MONTEITH, P.A.
P.O. Box 2985
Asheville, North Carolina  28802
Telephone:    (828) 252-6225
Fax:          (828) 252-6316
E-mail:       monteith@ashevillepatent.com